UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JED MARGOLIN,

          **Plaintiff,**

-vs-                                            Case No. 6:12-mc-47-Orl-28DAB

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION,

          **Defendant.**

## ORDER

This case is before the Court on Plaintiff Jed Margolin's Motion for Writ of Execution Against NASA (Doc. No. 2) filed April 24, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 5) and Defendant's Response thereto (Doc. No. 6), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 11, 2012 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Writ of Execution Against NASA (Doc. No. 2) is **DENIED**.

3. Plaintiff's Motion to Strike (Doc. No. 7) is **DENIED as moot**.

4. The Clerk of the Court is directed to close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 1st day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party